# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: Sarah Carrasco  )
Attorney at Law, Bar No. 8017  )
 )  Case No.: 2:17-ms-00022
 )
 )  **ORDER OF SUSPENSION**
 )
 )
 )
 )

On March 22, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of April 1, 2017. The Order to Show Cause provided Ms. Carrasco with thirty (30) days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Ms. Carrasco. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Sarah Carrasco, Nevada State Bar #8017, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this __22__ day of May, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  22  day of May, 2017, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Sarah Carrasco
    3495 Lakeside Drive, Suite 251
    Reno, NV 89509

Certified Mail No.:   7016 2140 0000 1723 3485

    /s/ Michael Zadina
    Deputy Clerk
    United States District Court,
    District of Nevada