# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: Sarah Carrasco )
Attorney at Law, Bar No. 8017 )
)   Case No.: 2:18-cv-02338-GMN
)
)   **ORDER**
)
)
)

Pending before the Court is Sarah Carrasco's ("Carrasco") Petition for Reinstatement, (ECF No. 7), to practice in the United States District Court for the District of Nevada. On April 22, 2019, the Court ordered Carrasco to supplement her Petition. On May 3, 2019, Carrasco filed a Supplement, (ECF No. 12), in accordance with the Court's Order.

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." L.R. IA 11-7(i). The Rule further provides: " . . . if the attorney was readmitted by the supervising court or the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.*

Here, the Court reciprocally suspended Carrasco after the Nevada Supreme Court ordered Carrasco's six-month suspension. (Order, ECF No. 4); *In re Discipline of Carrasco*, No. 71490 (Nev. Mar. 10, 2017). Additionally, the Nevada Supreme Court imposed the following conditions:

> If Carrasco returns to the practice of law as a sole practitioner following the suspension, she shall obtain a mentor for a period of one year. Additionally, Carrasco shall pay the actual costs of the disciplinary hearing plus $2,500, within 30 days from the date of this order or of receipt of the State Bar's bill of costs, whichever is later.

*Id.*

Upon review of the relevant documents, the Court finds that Carrasco's Petition for Reinstatement is "supported by good cause and the interests of justice." L.R. IA 11-7(i). Taken together, the Petition and Supplement show that Carrasco has completed her suspension and satisfied each of the conditions imposed by the Nevada Supreme Court. Specifically, Carrasco has provided evidence showing that she obtained a mentor for a period of one year, paid the actual costs of her disciplinary hearing plus $2,500, and is a member of the Nevada State Bar in good standing. (*See* Pet. at 21, ECF No. 7); (Exs. 1–3 to Suppl., ECF No. 12).

Accordingly,

**IT IS HEREBY ORDERED** that Carrasco's Petition for Reinstatement, (ECF No. 7), is **GRANTED**.

DATED this __7___ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court